**Barry HALL, Plaintiff–Appellant,**

v.

**Gene JOHNSON, Deputy Director Virginia Department of Corrections, Defendant–Appellee.**

No. 02–7510.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 23, 2002.

Barry Hall, Appellant Pro. Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Barry Hall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hall v. Johnson*, No. CA–01–865–2 (E.D.Va. Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*